RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/5/14
      MB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER MARTINEZ (#29153-077) | DOCKET NO. 14-CV-1153; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN CARVAJAL | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus filed under 28 U.S.C. §2241 be **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 5th day of November, 2014.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE